CR 23-224 PJS/LIB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

(1) JULIUS FINEDAY, and
(2) SHARON ROSEBEAR,

Defendants.

**INDICTMENT**

18 U.S.C. § 1151
18 U.S.C. § 1153(a)
18 U.S.C. § 1153(b)
Minn. Stat. § 609.205, subdiv.5
Minn. Stat. § 609.378, subdiv.1(a)(1)

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Felony Child Neglect Causing the Death of a Child)

Between in and around January 1, 2022 and in and around December 25, 2022, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**JULIUS FINEDAY,**

an Indian adult, did cause the death of Minor A, a female minor Indian, by committing or attempting to commit a violation of Minnesota Statute Section 609.378, Subdivision 1(a)(1)(neglect or endangerment of a child), all in violation of Title 18, United States Code, Sections 1151, 1153(a), and 1153(b), and Minnesota Statute Sections 609.205, Subdivision 5, and 609.378, Subdivision 1(a)(1).

SCANNED
JUN 22 2023
U.S. DISTRICT COURT ST. PAUL

**COUNT 2**
(Felony Child Neglect )

Between in and around January 1, 2022 and in and around December 25, 2022, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**SHARON ROSEBEAR,**

an Indian adult who was a parent, legal guardian, or caretaker of Minor A, a female minor Indian, did willfully deprive Minor A of necessary food, clothing, shelter, health care, and supervision appropriate to the child's age, despite being reasonably able to make the necessary provisions therefore, and which deprivation substantially harmed Minor A's physical, emotional, and mental health, all in violation of Title 18, United States Code, Sections 1151, 1153(a), and 1153(b), and Minnesota Statute Section 609.378, Subdivision 1(a)(1).

A TRUE BILL

UNITED STATES ATTORNEY

FOREPERSON