CASE 0:23-cr-00224-PJS-LIB Doc. 224-1 Filed 10/21/24 Page 1 of 1



# Child Neglect/Endangerment: Sentenced 2018-2022

*Minnesota Sentencing Guidelines Commission (MSGC) monitoring data are person-based, meaning cases represent persons rather than individual charges. Persons sentenced within the same county in a one-month period are generally counted only once, based on their most serious offense. This data request was prepared by the research staff of MSGC in fulfillment of the Commission's statutory role as a clearinghouse and information center for information on sentencing practices. This is not a policy document. Nothing in this request should be construed as a statement of existing policy or recommendation of future policy on behalf of the Commission itself, or as an authoritative interpretation of the Minnesota Sentencing Guidelines, Minnesota statutes, or case law.*

**Information Requested:** Data on child neglect/endangerment, 609.378, subd. 1a)(1).

**Analysis:**

- Sentenced 2018-2022
- Child Neglect/Endangerment under Minn. Stat. § 609.378, subd. 1(a)(1)
- Excludes attempts under Minn. Stat. § 609.17 and conspiracies under Minn. Stat. § 609.175

From 2018-2022, 14 people were sentenced for child neglect/endangerment under Minn. Stat. § 609.378, subd. 1(a)(1). Of the 14 cases sentenced, 13 had a presumptive stayed disposition and one had a presumptive disposition of commit. None of the cases received an aggravated dispositional departure. Of the 14 cases sentenced, none received an aggravated durational departure, and one received a mitigated durational departure to a misdemeanor/gross misdemeanor sentence.

***Table 1: Departure Rates for Child Neglect/Endangerment, subd. 1(a)(1), Sentenced 2018-2022***

| CHS | Total | Recommended Disposition | | Dispositional Departure (presumptive commit) | | Durational Departure | |
|---|---|---|---|---|---|---|---|
| | | Stay | Commit | None | Mitigated | None | Mitigated to Misdemeanor Sentence |
| 0 | 9 | 9 | 0 | --- | --- | 9 | 0 |
| | 100.0% | 100.0% | 0.0% | --- | --- | 100.0% | 0.0% |
| 1 | 3 | 3 | 0 | --- | --- | 2 | 1 |
| | 100.0% | 100.0% | 0.0% | --- | --- | 66.7% | 33.3% |
| 2 | 1 | 1 | 0 | --- | --- | 1 | 0 |
| | 100.0% | 100.0% | 0.0% | --- | --- | 100.0% | 0.0% |
| 3 | 1 | 0 | 1 | 0 | 1 | 1 | 0 |
| | 100.0% | 0.0% | 100.0% | 0.0% | 100.0% | 100.0% | 0.0% |
| **Total** | **14** | **13** | **1** | **0** | **1** | **13** | **1** |
| | **100.0%** | **92.9%** | **7.1%** | **0.0%** | **100.0%** | **92.9%** | **7.1%** |